391 A.2d 696

Commonwealth v. Reno, Appellant.

Argued April 14, 1978.  Richard P. Joseph and Sallie Ann Radick, for appellant;  Donald E. Williams, District Attorney, for Commonwealth, appellee.

Order affirmed.

391 A.2d 696

Commonwealth v. Rodgers, Appellant.

Argued March 13, 1978.  Laurence T. Himes, Jr., for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.